# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMES EDWARD EASON,** )<br> )<br> **Claimant,** )<br> )<br>vs. )<br> )<br>**NANCY A. BERRYHILL, Acting** )<br>**Commissioner, Social Security** )<br>**Administration,** )<br> )<br> **Defendant.** ) | Civil Action No. 5:16-cv-2050-CLS |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on March 28, 2018, recommending that this court should affirm the decision of the Commissioner of the Social Security Administration to deny claimant's claim for a period of disability and disability insurance benefits.[1] Claimant was notified of his right to file objections within fourteen days of the report and recommendation,[2] but to date, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the Commissioner's decision was supported by substantial evidence and in accordance

---

[1] Doc. no. 14 (Report and Recommendation).
[2] *Id.* at 19-20.

with applicable legal standards. Accordingly, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The decision of the Commissioner is **AFFIRMED**. Costs are taxed against claimant. The Clerk is directed to close this file.

DONE this 23rd day of April, 2018.

_____
United States District Judge